OPINION — AG — A BOARD OF COUNTY COMMISSIONERS CANNOT LAWFULLY ENTER INTO A NEW CONTRACT FOR THE SAME MACHINERY OR EQUIPMENT IN LIEU OF A RENEWAL OR REVITALIZATION OF THE TERMINATED CONTRACT AS AUTHORIZED BY 62 O.S. 1961 430.1 [62-430.1] . CITE: 62 O.S. 1961, 430.1-430.5 [62-430.1] — [62-430.5], 62 O.S. 1961 430.1 [62-430.1], 62 O.S. 1961 430.3 [62-430.3], OPINION NO. 63-510, ARTICLE X, SECTION 26, 62 O.S. 1961 310.2 [62-310.2] (BRAIN UPP) ** OVERRULED BY OPINION NO. 71-317 (1971) **